No. 87–410.  MEXICANA AIRLINES *v.* WOLGEL ET UX.  C. A. 7th Cir.  Certiorari denied.

No. 87–418.  MCARDLE *v.* E. R. SQUIBB & SONS, INC.  C. A. 10th Cir.  Certiorari denied.

No. 87–419.  1111 19TH STREET ASSOCIATES *v.* DISTRICT OF COLUMBIA.  Ct. App. D. C.  Certiorari denied.

No. 87–420.  BLUMENTHAL *v.* PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 87–423.  GARRATT ET AL. *v.* INVST FINANCIAL GROUP, INC.  C. A. 6th Cir.  Certiorari denied.

No. 87–424.  GAINEY *v.* GILMAN PAPER CO., INC., ET AL. C. A. 11th Cir.  Certiorari denied.

No. 87–427.  EARHART *v.* PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 87–428.  EDGERTON *v.* OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 87–429.  ADOLF, JUDGE, CIRCUIT COURT OF CITY OF ST. LOUIS *v.* WICHITA FALLS GENERAL HOSPITAL.  Ct. App. Mo., Eastern Dist.  Certiorari denied.

No. 87–430.  ROJICEK *v.* COOLEY ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 87–433.  VENCE ET AL. *v.* BOLIVAR COUNTY COMMUNITY ACTION PROGRAM, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 87–434.  CONNECTICUT *v.* MITCHELL ET AL.  Sup. Ct. Conn.  Certiorari denied.

No. 87–435.  HAIGHT *v.* CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Santa Cruz.  Certiorari denied.